## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Otavalo, Jorge

Printed: 03/10/09

Case Number: 05 B 17190
Judge: Goldgar, A. Benjamin
Filed: 5/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 29, 2009
Confirmed: June 14, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,796.00 |  |
| Secured: |  | 1,363.07 |
| Unsecured: |  | 1,867.19 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,263.00 |
| Trustee Fee: |  | 302.28 |
| Other Funds: |  | 0.46 |
| Totals: | 5,796.00 | 5,796.00 |

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,263.00 | 2,263.00 |
| 2. | First American Bank | Secured | 870.48 | 817.13 |
| 3. | Teal Financial | Secured | 546.00 | 545.94 |
| 4. | ECast Settlement Corp | Unsecured | 33.81 | 33.81 |
| 5. | Marshall Field & Company | Unsecured | 36.42 | 36.42 |
| 6. | Midwest Verizon Wireless | Unsecured | 32.16 | 32.16 |
| 7. | ECast Settlement Corp | Unsecured | 17.72 | 17.72 |
| 8. | Resurgent Capital Services | Unsecured | 129.12 | 129.12 |
| 9. | Discover Financial Services | Unsecured | 680.35 | 680.35 |
| 10. | Asset Acceptance | Unsecured | 156.77 | 156.77 |
| 11. | ECast Settlement Corp | Unsecured | 780.84 | 780.84 |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Banco Popular De Puerto Rico | Unsecured |  | No Claim Filed |
| 14. | Comcast | Unsecured |  | No Claim Filed |
| 15. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 16. | Fleet Credit Card Service | Unsecured |  | No Claim Filed |
| 17. | City Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,546.67 | $ 5,493.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Otavalo, Jorge

Printed: 03/10/09

Case Number: 05 B 17190
Judge: Goldgar, A. Benjamin
Filed: 5/2/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 18.60 |
| 5.5% | 76.72 |
| 5% | 23.26 |
| 4.8% | 32.65 |
| 5.4% | 99.12 |
| 6.5% | 47.84 |
| 6.6% | 4.09 |
| | $ 302.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: